No. 01–9295. FITCH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–9296. HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9299. FERNANDEZ-MORALES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9304. ALEXANDER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9305. ARMENDARIZ-BUSTAMANTE, AKA RAMIREZ, ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9307. ORTIZ RAMIREZ v. UNITED STATES; ZAVALA-ESPARZA v. UNITED STATES; and NUNEZ-FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9319. TORRES-LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9324. TILLMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–1053. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON v. MATHENEY. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.